IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 23-03 |
| | ) |
| LONNIE McCANN, | ) |

**ORDER**

Defendant Lonnie McCann has submitted to the Court a pro se Motion for Grand Jury Testimony and Transcripts. ECF No. 1389.

AND NOW, this 4th day of March 2025, it is hereby ORDERED that, because Mr. McCann is currently represented by counsel, the Court will take no action on his pro se Motion. *See United States v. Thompson*, 677 F.3d 570, (3d Cir. 2012) (quoting *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) ("Pro se litigants have no right to 'hybrid representation' because '[a] defendant does not have a constitutional right to choreograph special appearances by counsel.'")).

IT IS FURTHER ORDERED that Mr. McCann's attorney, Adam R. Gorzelsky, shall confer with Mr. McCann regarding the subject of his pro se motion.

                                                              _____
                                                              Marilyn J. Horan
                                                              United States District Judge

Lonnie McCann
No. 47069-510
NEOCC
2240 Hubbard Road
Youngstown Ohio, 44505